**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **3-CR-17-343** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **ROBERTO TORNER,** : | |
| **LIZA ROBLES, and** | |
| **DAVID ALZUGARAY-LUGONES** : | |
| **Defendants** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants Torner's and Robles' motions for severance of offenses and motions for a severance of the trial, **(Docs. 112, 114, 116)**, are **DENIED**.

**(2)** Defendant Torner's motion to bifurcate or for a severance of Counts 3, 4, 5 and 8 is **DENIED**.

**(3)** Defendant Torner's and Robles' motions in limine to preclude the introduction at trial certain evidence is **GRANTED IN PART** and **DENIED IN PART**. The motions in limine to preclude any evidence that Torner may have been being investigated for uncharged arson and/or fraud offenses and to preclude any evidence that Torner may have been involved with any uncharged

suspicious deaths are **GRANTED**, and the government is **PRECLUDED** from introducing any such evidence. The motions in limine are **GRANTED** and the government is only **PRECLUDED** from introducing evidence and testimony regarding any of Torner's firearms offenses or incidents which occurred prior to the charged time period of May 12, 2012, through August 28, 2017. The motions in limine are **DENIED** and the government is **PERMITTED** to present evidence that Torner may have been involved in prior drug trafficking activities, as specified in the accompanying memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 24, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-343-01-ORDER.wpd