# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | 3:17-CR-343 |
| v. | : | (JUDGE MANNION) |
| **ROBERTO TORNER,** | : | |
| **LIZA ROBLES, and** | | |
| **DAVID ALZUGARAY-LUGONES,** | : | |
| **Defendants** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Torner's motion to suppress evidence under Fed.R.Crim.P. 12(b), **(Doc. 112)**, regarding the Centre Street property and the Cottage Hotel is **DENIED**.

**(2)** Defendant Robles' motion to suppress evidence under Fed.R.Crim.P. 12(b), **(Doc. 120)**, regarding the Centre Street property and the Cottage Hotel is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 9, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-343-04-ORDER.wpd